| Attorney or Party without Attorney: <br> Marc Fenster (SBN 181067) <br> RUSS AUGUST & KABAT <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, CA 90025 <br> Telephone No: 310-826-7474 <br> Attorney For: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

Plaintiff: Headwater Research LLC
Defendant: T-Mobile US, Inc., et al

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:23-cv-00377 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's rule 7.1 Disclosure Statement; Notice of Designation of Lead Counsel; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. a. Party served:    T-Mobile US, Inc.
   b. Person served:   Kaneisha Gross, authorized to accept for Corporation Service Company, Agent for Service of Process served under F.R.C.P. Rule 4.

4. Address where the party was served:   211 E 7th St Suite 620, Austin, TX 78701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 03:27 PM

6. **Person Who Served Papers:**
   a. Dane Ray Cuppett                    d. *The Fee* for Service was: $348.54
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/25/2023
(Date)                                   (Signature)



PROOF OF SERVICE

9426834
(5418926)