| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>*Telephone No:*   310-826-7474 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney For:*   Plaintiff | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | | | |
| *Plaintiff:*   Headwater Research LLC<br>*Defendant:*   T-Mobile US, Inc., et al | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number:<br>2:23-cv-00377 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's rule 7.1 Disclosure Statement; Notice of Designation of Lead Counsel; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. *a.   Party served:*     T-Mobile USA, Inc.
   *b.   Person served:*   Kaneisha Gross, Authorized to Accept for Corporation Service Company, Agent for service of Process
   *served under F.R.C.P. Rule 4.*

4. *Address where the party was served:*   211 E 7th St Suite 620, Austin, TX 78701

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 03:27 PM

6. **Person Who Served Papers:**
   a. Dane Ray Cuppett                               **d.** *The Fee for Service was:* $207.29
   **b. FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

08/25/2023

*(Date)*                                         *(Signature)*



**PROOF OF
SERVICE**

*9426841
(5418928)*