# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC. et al.<br><br>   Defendant. | Civil Action No. 2:23-CV-00377-JRG-RSP |

## ORDER

Before the Court is Defendants T-Mobile US, Inc., and T-Mobile USA, Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement. After consideration of the same, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for which Defendants are required to move, answer, or otherwise respond to Plaintiff's Complaint is extended up to and including November 2, 2023.