| Attorney or Party without Attorney: <br> Marc Fenster (SBN 181067) <br> RUSS AUGUST & KABAT <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, CA 90025 <br> Telephone No: 310-826-7474 <br> Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS |
|---|

| Plaintiff: Headwater Research LLC <br> Defendant: T-Mobile US, Inc., et al |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:23-cv-00377 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint for Patent Infringement; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Notice of Designation of Lead Counsel; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. a. Party served: Sprint Corp.
   b. Person served: Debbie Bramlage, authorized to accept for Corporation Service Company, agent for service of process, Served under F.R.C.P. Rule 4.

4. Address where the party was served: 1100 SW Wanamaker Rd., Suite 103, Topeka, KS 66604

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Aug 30 2023 (2) at: 01:18 PM

6. Person Who Served Papers:
   a. Ryan Weekley
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. The Fee for Service was: $207.29

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/31/2023
(Date)               (Signature)



PROOF OF SERVICE

9477123
(5424394)