# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC § <br> § <br> *Plaintiff*, § <br> § Case No. 2:23-CV-00377-JRG-RSP <br> v. § <br> § <br> T-MOBILE US, INC. *et al*, § <br> § <br> *Defendants*. § | |

## ORDER

Before the Court is Defendants T-Mobile US, Inc., and T-Mobile USA, Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement. **Dkt. No. 20.** After consideration of the same, the Motion is **GRANTED**. It is

**ORDERED** that the deadline for which Defendants are required to move, answer, or otherwise respond to Plaintiff's Complaint is extended to November 2, 2023.

**SIGNED this 8th day of September, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE