UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:23-cv-00377-JRG-RSP

Name of party requesting extension: Sprint Corp.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 08/30/2023

Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other  43  days

New Deadline Date: 11/2/2023   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Melissa Richards Smith

State Bar No.: 24001351

Firm Name: GILLAM & SMITH, LLP

Address: 303 South Washington Avenue
Marshall, Texas 75670

Phone: (903) 934-8450

Fax: (903) 934-9257

Email: melissa@gillamsmithlaw.com

A certificate of conference does not need to be filed with this unopposed application.