# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., AND SPRINT CORP.,<br><br>*Defendants.* | Civil Action No: 2:23-cv-00377-JRG-RSP<br><br>**JURY DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby enters an appearance as additional counsel of record for Defendants T-Mobile US, Inc., T-Mobile USA, Inc., and Sprint Corp. ("Defendants"), and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Robert Vincent
Texas Bar No. 24056474
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100, Dallas, TX 75201
Telephone: (214) 698-3281
Facsimile: (214) 571-2921
RVincent@gibsondunn.com

Dated:  November 2, 2023

Respectfully submitted,

*/s/ Robert Vincent*

Robert Vincent
Texas Bar No. 24056474
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  (214) 698-3281
Facsimile:  (214) 571-2921
Email:  RVincent@gibsondunn.com

*Counsel for Defendants.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 2, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

      */s/ Robert Vincent*