# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-379-JRG-RSP |
| T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP. | § § § § | (Lead Case) |

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-377-JRG-RSP |
| T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP. | § § § § | (Member Case) |

## ORDER

Before the Court is the Agreed Motion for Voluntary Dismissal Without Prejudice of Defendant T-Mobile US, Inc. (the "Motion") filed by Headwater Research LLC ("Plaintiff") and Defendants T-Mobile US, Inc., T-Mobile USA, Inc., and Sprint Corp. (collectively, the "Parties"). (Dkt. No. 46). In the Motion, the Parties request dismissal of Defendant T-Mobile US, Inc. from the above-captioned cases WITHOUT prejudice pursuant to FRCP 21 on the ground that it is not a proper party to these actions. (*Id*. at 1).

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant T-Mobile US, Inc. in the above-captioned cases are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorney's fees. All pending requests for relief in the above-captioned cases between only Plaintiff and Defendant T-Mobile US, Inc. not explicitly granted

herein are **DENIED AS MOOT**. It is further **ORDERED** that the above caption be revised to remove Defendant T-Mobile US, Inc.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned cases as other parties and claims remain.

**So Ordered this**

**Feb 6, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE