# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP., *Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP **JURY DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is Plaintiff's Unopposed Motion to Withdraw Robert Christopher Bunt and Parker Bunt & Ainsworth as counsel for Plaintiff. The Court, having considered same, is of the opinion the motion should be GRANTED.

It is further ORDERED that the Clerk shall terminate all CM/ECF notifications as to Robert Christopher Bunt for this action.

11056285