# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § | |
| v. | § | CASE NO. 2:23-CV-379-JRG-RSP |
| T-MOBILE USA, INC. AND SPRINT CORP., | § § § | (Lead Case) |
| *Defendants*. | § § | |
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § | |
| v. | § | CASE NO. 2:23-CV-377-JRG-RSP |
| T-MOBILE USA, INC. AND SPRINT CORP., | § § § | (Member Case) |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Headwater Research LLC ("Plaintiff") and T-Mobile USA, Inc. and Sprint Corp. ("Defendants"). (Dkt. No. 397). In the Motion, the parties represent that the above-captioned cases have been resolved and request dismissal of Plaintiff's claims WITH prejudice and dismissal of Defendants' counterclaims WITHOUT prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned cases are **DISMISSED WITH PREJUDICE**, and all counterclaims and causes of action asserted by Defendants against Plaintiff in the above-captioned cases are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All

pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned cases.

## So Ordered this

**Nov 13, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE